## G. S. Blakeslee and Company, Appellee, v. Western Union Telegraph Company, Appellant.

### Gen. No. 42,867.

Heard in the third division, first district, this court at the October term, 1943; opinion filed March 21, 1945; released for publication April 10, 1945. Eckhart, Klein, McSwain & Campbell and Francis R. Stark, for appellant; P. B. Eckhart, Paul Hassell and M. A. Palumba, of counsel; D'Ancona, Pflaum, Wyatt, Marwick & Riskind, for appellee. Opinion by JUSTICE LUPE. Not to be published in full.